# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

       *Plaintiff,*

v.

DARIUS ALEXANDER PRESLEY,

       *Defendant.*

Case No. **CR23-053 RAW**

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

COMES NOW, Jordan W. Howanitz, Assistant United States Attorney, and respectfully requests the court issue a Writ of Habeas Corpus Ad Prosequendum for: **DARIUS ALEXANDER PRESLEY, (HAIR: BLACK EYES: BROWN; HEIGHT: 6'0"; WEIGHT: 180 lbs.; DOB: 07/XX/2001; SSN: XXX-XX-4646)**, now detained by the Sheriff/Warden of the Pittsburg County Jail, McAlester, Oklahoma, on Choctaw Nation tribal charges in order that he/she be presented forthwith for Initial Appearance/Arraignment and subsequent disposition of the charges in the above styled and numbered cause and after said Initial Appearance/Arraignment and ensuing litigation be returned to the custody of the said facility.

Date: <u>April 12, 2023</u>

       s/    JORDAN W. HOWANITZ
                Jordan W. Howanitz
                Assistant United States Attorney

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The instant Application for Writ of Habeas Corpus Ad Prosequendum is hereby **GRANTED** and the Sheriff/Warden of the Pittsburg County Jail, McAlester, Oklahoma, as well as the United States Marshal for the Eastern District of Oklahoma, his deputies, and other U.S. Marshals and their deputies, is and are hereby directed to produce forthwith the body of **DARIUS ALEXANDER PRESLEY, (HAIR: BLACK EYES: BROWN; HEIGHT: 6'0"; WEIGHT: 180 lbs.; DOB: 07/XX/2001; SSN: XXX-XX-4646)** now being held on Choctaw Nation tribal charges, before the United States District Court for the Eastern District of Oklahoma at Muskogee, Oklahoma, for Initial Appearance/Arraignment and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court, thereupon to be returned to the custody of said facility.

Date:    April 13, 2023



_____
UNITED STATES MAGISTRATE JUDGE