# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF OKLAHOMA

United States of America,

                              Plaintiff,

vs.                                          Case No.: 23-CR-00053-KS

Darius Alexander Presley                **WAIVER OF SPEEDY TRIAL**

                            Defendant.

    The Defendant, Darius Alexander Presley ("Defendant") acknowledges that he has been fully advised of his right to a speedy trial and understands that right has been guaranteed by the Sixth Amendment of the United States Constitution and by the Speedy Trial Act, 18 U.S.C. § 3161. With such knowledge, Defendant freely and voluntarily waives his right to a speedy trial herein. Defendant requests the Court find that the ends of justice served by granting the continuance outweigh the interests of the public and Defendant in a speedy trial.

    Defendant specifically requests that all delays resulting from a continuance of his jury trial from June 20, 2023 to September 18, 2023 be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161, *et. seq.*

_/s/ Darius Presley_                                        5/28/2023
Defendant                                                  Date

    I have consulted with my client, Defendant, who has expressed a clear and unequivocal understanding of the right to speedy trial and voluntarily waived such right as set forth herein.

_/s/_                                                           28 May 2023
Attorney for Defendant                            Date