IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DARIUS ALEXANDER PRESLEY, <br><br> Defendant. | Case No. 23-cr-00053-KS |

### DEFENDANT'S NOTICE OF INTENT TO ENTER GUILTY PLEA

**COMES NOW** Robert D. Gifford, II, of **Gifford Law, P.L.L.C.**, Counsel for Defendant **DARIUS ALEXANDER PRESLEY**, and advises the Court that the Defendant intends to enter a plea of guilty to an anticipated superseding information to be filed.

Dated:   August 29, 2023         Respectfully submitted,

*/S/ Robert Don Gifford, II*
ROBERT D. GIFFORD, OBA #17034
**Gifford Law, P.L.L.C.**
P.O. Box 2682
Oklahoma City, OK  73101-2682
T:  405.778.4647 | F:  877.295.0287
E:  Robert.Gifford@GiffordLawyer.com

**ATTORNEY FOR DEFENDANT**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant(s): Ryan Conway, Assistant United States Attorney.

                                         */s/ Robert Don Gifford, II*
                                         ROBERT D. GIFFORD, II
                                         ATTORNEY FOR DEFENDANT